

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00022-CV

---

Myers Concrete Construction, LP, Appellant

v.

Manchester Texas Financial Group, LLC; and Western Surety Company, Appellees

---

On Appeal from the 53rd District Court
Travis County, Texas
Trial Court No. D-1-GN-19-007084

---

## MEMORANDUM OPINION

Before the Court is Appellant's motion to voluntarily dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). We GRANT the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

MARIA SALAS MENDOZA, Chief Justice

March 5, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.